[Nos. 19024–5–I; 19584–1–I.   Division One.   February 1, 1988.]

PAMELA ATKINS, *Plaintiff,* v. PATRICIA ANN SHANGIN, ET AL, *Appellants,* NICK JOSEPH RECCHIA, ET AL, *Respondents.*

PATRICIA ANN SHANGIN, ET AL, *Appellants,* v. NICK JOSEPH RECCHIA, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 84–2–02296–3, Daniel T. Kershner, J., entered July 17, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Grosse, JJ.

[No. 18406–7–I.   Division One.   February 1, 1988.]

ORVILLE MARSH, ET AL, *Respondents,* v. GLORIA JEAN BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–13273–6, Sharon S. Armstrong, J., entered April 25, 1986. *Reversed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Dore and Schultheis, JJ. Pro Tem.

[No. 19037–7–I.   Division One.   February 1, 1988.]

KATHRYN M. RASMUSSEN, *Respondent,* v. R & S BUILDERS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–07343–4, Sharon S. Armstrong, J., entered August 8, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Webster, JJ.